THE INHABITANTS OF THE TOWNSHIP OF NORTH PLAIN-
FIELD, appellants,

*v.*

ISAAC S. COLTHAR, respondent.

On appeal from a decree of the chancellor, whose opinion is reported in *Colthar* v. *North Plainfield, 12 Stew. Eq. 380.*

*Mr. J. H. Jackson,* for appellants.

*Messrs. Wilson & Suydam,* for respondents.

Merchant v. Comback.

Per Curiam.

This decree unanimously affirmed for the reasons given by the chancellor.